## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

STEVEN GOAL                                                               PLAINTIFF

v.                         No. 5:09CV00137 JLH

RETZER RESOURCES, INC.;
MIKE RETZER; and MCDONALD'S
RESTAURANT OF HELENA NO. 5425                           DEFENDANTS

### JUDGMENT

This action came on for trial by jury beginning on November 15, 2010. Steven Goal appeared in person and through his lawyer, Lucien Ramseur Gillham. Mike Retzer, Jr., appeared in person, along with Tracy Chatman as corporate representative for Retzer Resources, Inc., and their lawyers, Mark Fijman and Mark Nolan Halbert. All parties announced ready for trial. A jury of twelve was duly selected and sworn.

After the evidence had been received and the jury instructed on the law, the jury returned a verdict as follows:

1. On Steven Goal's claim that he was terminated due to his race, we the jury find in favor of

                         *Defendants*
                    (Either Plaintiff or Defendants)

2. On Steven Goal's claim that he was terminated due to a disability, we the jury find in favor of

                         *Defendants*
                    (Either Plaintiff or Defendant)

3. On Steven Goal's claim that he suffered a hostile or abusive work environment due to a disability, we the jury find in favor of

                         *Defendants*
                    (Either Plaintiff or Defendant)

                                                             */s/ [Foreperson]*
                                                                       Foreperson

Dated:   *11/16/10*

Judgment is therefore entered in favor of the defendants on all claims. The complaint of Steven Goal is dismissed with prejudice.

IT IS SO ORDERED this 16th day of November, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE